1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT

8          CENTRAL DISTRICT OF CALIFORNIA

9          WESTERN DIVISION

10

11 MELCHOR CASTRO-CHACON,          )  No. CV 08-01796-JFW (VBK)
                                   )
12               Petitioner,       )  ORDER TO SHOW CAUSE
                                   )
13       v.                        )
                                   )
14 JIM HAYES, et al.,              )
                                   )
15               Respondents.      )
   _____)

16

17      Based upon the Petition filed herein:

18      **IT IS HEREBY ORDERED** that Respondent or Respondent's counsel file

19 a Return or other responsive pleading within 45 days of the date of

20 this Order to Show Cause, why a Writ of Habeas Corpus should not be

21 issued.   Respondent  shall  also  file  a  <u>certified</u>  copy  of  any

22 Administrative Record at issue.

23      **IT IS FURTHER ORDERED** that the Clerk of this Court forthwith

24 serve a copy of this Order upon Respondent by serving a copy of the

25 Petition and of this Order upon the United States Attorney for the

26 Central  District  of  California,  as  well  as  upon  Petitioner.

27 Respondent  or  his  counsel  serve  a  copy  of  the  Return  or  other

28 responsive pleading upon Petitioner prior to the filing thereof.

1  Petitioner has 20 days from the date of receipt of the Return or other

2  pleading in which to file his opposition or Traverse.

3      If Petitioner seeks a Stay of Deportation, a separate Motion to

4  Stay may be made directly to the court having appropriate

5  jurisdiction.  The Magistrate Judge has no authority to issue a Stay

6  of Deportation.

7

8  DATED: March 18, 2008                    /s/
                                   VICTOR B. KENTON
9                                  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28